**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

-and-

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
David Elsberg
212-390-9000

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No. 10-13164 (SMB)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** and **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>**PICTET & CIE** and **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF PICTET & CIE 1-1000,** including without limitation **BENEFICIAL OWNERS OF ACCOUNTS ASSOCIATED WITH REFERENCE IDENTIFIERS 635912, 994280, 33895988, NV994280, and PM0009,**<br><br>Defendants. | **Adv. Pro. No. 10-03764 (SMB)** |

# NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1.   **Names(s) of appellants:** Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representative thereof, and Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof ("Plaintiff-Appellants").

2.   **Position of appellants in the adversary proceeding that is the subject of this appeal:** Plaintiff(s)

**Part 2: Identify the subject of this appeal**

1.   **Describe the judgment, order or decree appealed from:** Plaintiff-Appellants, by their attorneys, hereby appeal under 28 U.S.C. § 158(a) from:

> a.   Each and every part of that portion of the Stipulated Order Granting In Part And Denying In Part Moving Defendants' Motions to Dismiss And Plaintiffs' Motion For Leave To Amend, dated Wednesday, April 3, 2019 (ECF No. 71) (the "Order") that constitutes a final judgment and except insofar as the Order provides for further proceedings on issues listed in Order Paragraph II.A in the Bankruptcy Court;
>
> b.   Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, dated December 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 6, 2018)[1], ECF. No 1743) ("December 2018 Decision"),

---

[1] The Court entered the decisions addressed in this Notice of Appeal only on the administratively consolidated docket for this action and its related proceedings.

solely insofar as it concerns claims dismissed under the Order and the extraterritorial application of the Section 546(e) safe harbor; and

c. Memorandum Decision and Order Regarding the Defendants' Motions to Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723) (the "August 2018 Order"), solely insofar as it rules that Defendants' consent to the Subscription Agreement does not constitute consent to personal jurisdiction in the U.S. Redeemer Actions.

2. **State the date on which the judgment, order, or decree was entered:**

   a. The Order was entered on Wednesday, April 3, 2019. A copy of the Order is annexed hereto as **Exhibit A**.

   b. The December 2018 Decision was entered on December 6, 2018. A copy of the December 2018 Decision is annexed hereto as **Exhibit B**.

   c. The August 2018 Order was entered on August 6, 2018. A copy of the August 2018 Order is annexed hereto as **Exhibit C**.

**Part 3: Identify the other parties to the appeal:**

The relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Plaintiff-Appellants | Attorneys |
| --- | --- |
| Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation),acting by and through the Foreign Representative thereof, and Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof | **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800 |

|  | **SELENDY & GAY PLLC**<br>David Elsberg<br>Lena Konanova<br>Ron Krock<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000 |
|---|---|

| **Defendant-Appellees** | **Attorneys** |
|---|---|
| See Schedule A | See Schedule A |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:  May 2, 2019
       New York, New York

                              Respectfully submitted,

                              **BROWN RUDNICK LLP**

                              */s/ Marek P. Krzyzowski*
                              **BROWN RUDNICK LLP**
                              David J. Molton
                              Marek P. Krzyzowski
                              Seven Times Square
                              New York, New York 10036
                              Telephone: 212.209.4800
                              Facsimile: 212.209.4801
                              Email: dmolton@brownrudnick.com
                              Email: mkrzyzowski@brownrudnick.com

                              —and—

                              **SELENDY & GAY PLLC**
                              David Elsberg
                              Lena Konanova
                              Ron Krock
                              1290 Avenue of the Americas
                              New York, NY 10104
                              Telephone: 212-390-9000
                              E-mail: delsberg@selendygay.com
                              E-mail: lkonanova@selendygay.com
                              E-mail: rkrock@selendygay.com

                              *Counsel for the Plaintiff-Appellants*